IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDU AL QADER HUSSAIN AL-MUDAFARI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK OBAMA, )<br>President of the United States, *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-2185 (RCL) |

**FILED**

**JAN 3 1 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[~~PROPOSED~~] ORDER

Upon consideration of Respondents' Fourth Unopposed Motion for Extension of

Time, Respondents' request for a ninety-day extension of time, to file their opposition or

response to Petitioner's Motion for Voluntary Dismissal without Prejudice and for

Continued Access Pursuant to the Protective Order (see Dkt. No. 268) on or before April

30, 2012, is hereby GRANTED. *The Court does not expect to further*

*extend This deadline.*

SO ORDERED.


Date: _____1/31/12_____ 

_____
ROYCE C. LAMBERTH
CHIEF JUDGE

1